796 A.2d 245

IN THE MATTER OF ERIC M.D. LEVANDE,
AN ATTORNEY AT LAW.

May 13, 2002.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 01–361, concluding that as a matter of reciprocal discipline, **ERIC M.D. LEVANDE,** of **BOCA RATON, FLORIDA,** who was admitted to the bar of this State in 1987, and who has been ineligible to practice law in New Jersey since September 25, 2000, for failure to pay the annual assessments to the New Jersey Lawyers' Fund for Client Protection as required by *Rule* 1:28–2, and who remains ineligible to practice at this time, should be suspended from the practice of law for a period of one year based on discipline imposed by the Commonwealth of Pennsylvania for conduct constituting violations of *RPC* 1.1(a)(gross neglect), *RPC* 1.3(lack of diligence), *RPC* 1.4(a)(failure to communicate), *RPC* 1.15(recordkeeping violations), *RPC* 1.16(d)(improper termination of representation) and *RPC* 8.4(d)(conduct prejudicial to the administration of justice), and good cause appearing;

It is ORDERED that **ERIC M.D. LEVANDE** is suspended from the practice of law for a period of one year and until the further Order of the Court, effective immediately; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.